# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE: **EMYDALIA ORTIZ RENTAS**

Debtor(s)

CASE NO: **16-04530-BKT**

**Chapter 13**

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **06/06/2016**

Days From Petition Date: **162**

910 Days Before Petition: **12/09/2013**

Chapter 13 Plan Date: **06/06/2016** ☐ Amended

This is Debtor(s) **2** Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____    Amount: $ _____

First Meeting Date: **07/07/2016** at **11:00AM**

341 Meeting Date: **11/15/2016** at **11:00AM**

Confirmation Hearing Date: **07/29/2016** at **2:30PM**

Plan Base: **$35,400.00**   Plan Docket #**2**

This is the **1** scheduled meeting.

Total Paid In: **$2,360.00**

---

*APPEREANCES:   ☐ Telephone     ☐ Video Conference

Debtor: ☑ Present ☐ Absent ☑ ID & Soc. OK          Joint Debtor: ☐ Present ☐ Absent   ☐ ID & Soc. OK

☑ Examined    ☐ Not Examined under Oath         ☐ Examined    ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present   ☑ Present

Name of Attorney Present (Other than Attorney of Record):   Figueroa Colon, Esq.

☐ Pro-se

☐ Creditor(s) Present          ☑ None

---

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO ARISTIDES FIGUEROA COLON***

Total Agreed: **$3,000.00**     Paid Pre-Petition: **$165.00**    Outstanding (Through the Plan): **$2,835.00**

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☐ Under  ☑ Above Median Income          Liquidation Value: $ 0.00

Commitment Period is       ☐ 36 months    ☑ 60 months §1325(b)(1)(B)      Projected Disp. Inc.: $ 0.00

The Trustee:     ☐ NOT OBJECTS    ☑ OBJECTS    Plan Confirmation    Gen. Uns. Approx. Dist.: 0 %

§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for:_____

Comments:
_____

---

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]

-Debtor has failed to submit child support income evidence.
-Debtor has failed to submit first pay stub pertaining to January, February, March and April 2016.
-Debtor has failed to submit the insurance quote for the vehicle being paid in full through the plan (Oriental Bank).

[1325(a)(4)] Plan fails Creditors Best Interest Test.

- Debtor has failed to include an account receivable from unpaid child support.

[1325(a)(6)] Payment Default Feasibility – Debtor(s) is in default with proposed plan payments, to the trustee and/or creditor(s).

Debtor is one month in arrears in payments to Trustee.

[1325(a)(6)] Insufficiently Funded – Plan funding insufficient to comply with plan scheduled distribution or no sufficient information to determine it.

The Plan is sufficiently funded to pay Oriental Bank 's claim. Debtor is considering to propose for the payment of value of collateral to creditor.

*OTHER COMMENTS / OBJECTIONS

NOTE: Debtor recently married, but separated. Her husband is not generating any income or paying child support.

- Debtor must amend the Mean Test to identify payment of $281.25 is the car loan (line 13(b).

---

/s/ Jose R. Carrion, Esq.          Meeting Date: Nov 15, 2016
    Trustee

/s/ Mayra Arguelles, Esq., Presiding Officer

Last Docket Verified: 14     Last Claim Verified: 6